IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGELA L. DOUGLAS,

    Plaintiff,

v.                                                        4:12cv332-WS

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security Administration,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed November 12, 2013. <u>See</u> Doc. 16. The magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for benefits be affirmed. The plaintiff has filed no objections to the report and recommendation.

Having carefully reviewed the magistrate judge's report and recommendation, the ALJ's decision, and the administrative record, this court finds

that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The court ADOPTS and incorporates into this order the magistrate judge's report and recommendation (doc. 16) docketed November 12, 2013.

2. The Commissioner's decision to deny the plaintiff's application for benefits is AFFIRMED.

3. The clerk shall enter judgment stating: "The decision of the Commissioner is AFFIRMED."

DONE AND ORDERED this   3rd   day of   January  , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE